

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 11-01695-DUTY |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. | ) | 18 U.S.C. 3143(a)] |
| | ) | |
| MICHAEL NORRIS PRATT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this district pursuant to a "No Bail" warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer any evidence to meet his burden on this issue;

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer any evidence to meet his burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: July 15, 2011

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE